# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-1212
_____

DEPARTMENT OF BUSINESS AND
PROFESSIONAL REGULATION,
DIVISION OF PARI-MUTUEL
WAGERING,

    Appellant,

    v.

CHARLES F. MCCLELLAN, and
NATASHA NEMETH,

    Appellees.

_____


On appeal from an order of the Division of Administrative Hearings.
Lawrence P. Stevenson, Administrative Law Judge.

March 29, 2019


PER CURIAM.

    AFFIRMED.

LEWIS, ROWE, and MAKAR, JJ., concur.

--------------------------------

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

--------------------------------

Jason L. Maine, General Counsel, and Louis Trombetta, Chief Attorney of Florida Department of Business and Professional Regulation, Tallahassee, for Appellant.

Jennifer York Rosenblum and Jonathan S. Glickman of Slusher & Rosenblum, P.A., West Palm Beach, for Appellees.